1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ANDRAS FARKAS, CA Bar #254302
   Assistant Federal Defend
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JENNIFER CRYSTAL DOWNING

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:14-CR-00250 AWI-BAM
                                     )
12              Plaintiff,           )
                                     )  STIPULATION TO CONTINUE INITIAL
13  vs.                              )  APPEARANCE HEARING; ORDER
                                     )
14  JENNIFER CRYSTAL DOWNING,        )
                                     )  Date:  January 14, 2015
15              Defendant.           )  Time: 1:30 p.m.
                                     )  Judge: Hon. Barbara A. McAuliffe
16  ─────────────────────────────── )

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney, MARK J. McKEON, Counsel for Plaintiff, and

19  Assistant Federal Defender, ANDRAS FARKAS, Counsel for Defendant, JENNIFFER

20  CRYSTAL DOWNING, that Ms. Downing's initial appearance set for January 7, 2015, at 1:30

21  p.m., may be continued to January 14, 2015, at 1:30 p.m.

22       The requested continuance is necessary to allow Ms. Downing to secure transportation to

23  travel from her home in Las Vegas, Nevada to Fresno, California.  The requested continuance

24  will conserve time and resources for both counsel and the court.

25

26                                      Respectfully submitted,

27                                      BENJAMIN B. WAGNER
                                        United States Attorney
28

    Dated: January 6, 2015            /s/ *Mark J. McKeon*

1

2

MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

3

4

5

HEATHER E. WILLIAMS
Federal Defender

6

Date: January 6, 2015

/s/  *Andras Farkas*
ANDRAS FARKAS
Assistant Federal Defender
Attorneys for Defendant
JENNIFER CRYSTAL DOWNING

7

8

9

10

**ORDER**

11

12

IT IS SO ORDERED.

13

Dated:   **January 7, 2015**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOWNING: Stip to Continue Initial Appearance          -2-