HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JENNIFER CRYSTAL DOWNING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:14-cr-00250 AWI-BAM |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| JENNIFER CRYSTAL DOWNING, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Jennifer Crystal Downing, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

///

///

DATED:   January 20, 2015                 */s/ Jennifer Crystal Downing*
                                          JENNIFER CRYSTAL DOWNING


DATED:   January 20, 2015                 */s/Andras Farkas*
                                          ANDRAS FARKAS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JENNIFER CRYSTAL DOWNING


# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings until further order.

**IT IS SO ORDERED.**


**Dated: January 20, 2015**                    /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE