HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, Bar # 254302
CHARLES J. LEE, Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Jennifer Downing

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:14-cr-00250-AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE SENTENCING HEARING |
| vs. ) | |
| ) | DATE:   January 11, 2016 |
| JENNIFER DOWNING, ) | TIME:    10:00 a.m. |
| ) | JUDGE: Hon. Anthony W. Ishii |
| Defendant. ) | |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for November 2, 2015, may be continued to January 11, 2016 at 10:00 a.m.

   Defense counsel is requesting the additional time to allowing for further preparation for the sentencing hearing.  Additionally, Ms. Downing is currently employed and anticipates being able to pay the restitution amount in full prior to the newly requested date.

   The government has no objection to the requested continuance.  As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  September 24, 2015 | /s/ Mark McKeon<br>MARK MCKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  September 24, 2015 | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JENNIFER DOWNING |

**O R D E R**

IT IS SO ORDERED.

Dated:   September 28, 2015

SENIOR  DISTRICT  JUDGE