HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, Bar # 254302
CHARLES J. LEE, Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Jennifer Downing

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-0250 AWI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| vs. | DATE:   April 4, 2016 |
| JENNIFER DOWNING, | TIME:   10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for January 11, 2016, may be continued to April 4, 2016 at 10:00 a.m.

Defense counsel is requesting the additional time to allow Ms. Downing to save enough money to pay the restitution amount in full on the newly-requested date.

The government has no objection to the requested continuance.  As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

/ / /

/ / /

/ / /

                                                Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  December 16, 2015        /s/ Mark McKeon
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED:  December 16, 2015        /s/ Andras Farkas
ANDRAS FARKAS
Assistant Federal Defender
Attorneys for Defendant
JENNIFER DOWNING


**O R D E R**

    IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   December 16, 2015          _____
                                                    SENIOR  DISTRICT  JUDGE